```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SEAN C. FLYNN
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5
```

FILED

APR - 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF:<br><br>Email Account<br>fscott.salyer@gmail.com<br>Administered by:<br>Google<br>1600 Amphitheatre Parkway<br>Mountain View, Calif. 94043 | NO. 2:10-SW-0026-DAD<br><br>MOTION AND ORDER TO UNSEAL |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter. Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 6, 2010        By: /s/ Sean C. Flynn
                                SEAN C. FLYNN
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorneys

**SO ORDERED.**

DATED: 4/6/10

_____
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge